**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

A.D. MILLS, # K4561                                                                                          PETITIONER

vs.                                                                                          CIVIL ACTION NO. 3:04-cv-226 WS

JESSIE STREETER, WARDEN;
and JIM HOOD, ATTORNEY GENERAL                                                          RESPONDENTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same, hereby orders that the petitioner's petition be dismissed with prejudice and that a final judgment be entered in favor of the respondents. The above-styled and numbered cause is fully and finally dismissed.

**SO ORDERED, THIS THE 31st DAY OF MAY, 2006.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**